UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 2:11-cr-53 |
| vs. | ) | |
| | ) | |
| JOHN D. SMITH | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

John D. Smith, a *pro se* prisoner, has filed a Motion for Clarification and for Further Relief, which requests (a) clarification of a reference in my February 10, 2016 order (DE 202) to $8,000 seized by the government and (b) leave to file his civil action for return of property without payment of the filing fee. (DE 204.) I will grant the part of Smith's motion requesting clarification. However, I'm going to deny the second part of the motion because, as I made clear in my earlier order, Smith must file a petition to proceed *in forma pauperis*, if he wants to file a civil suit without paying the filing fee.

Accordingly:

(a) the portion of Smith's motion (DE 204) requesting clarification is **GRANTED**, and I will enter an amended version of the February 10, 2016 order (DE 202);

(b) the portion of the motion requesting leave to file without prepayment of fees is **DENIED**;

(c) the clerk is **DIRECTED** to send Smith another blank non-prisoner *in forma pauperis* petition, along with a copy of this order and the corrected February 10, 2016 order (DE 205);

(d) Smith is **GRANTED** a one-time extension of the deadline for paying the filing fee or filing an *in forma pauperis* petition until April 30, 2016;

(e) if Smith pays the filing fee or files an *in forma pauperis* petition on or before April 30, 2016, the clerk is **DIRECTED** to: (i) create a new civil case with a new civil cause number using Smith's original motion (DE 174, 180); (ii) place on the new docket all briefs and orders materially related to the original motion (DE 179, 181, 182) or the current motion (DE 184, 197, 199); and (iii) assign the case to the undersigned, pursuant to Local Rule 40.1. Any such new civil action will be deemed filed on April 21, 2015 (the filing date of the original motion), and any further relief Smith requests beyond that granted in my July 2015 order will be addressed in the new case.

    **SO ORDERED.**

    ENTERED: March 31, 2016.

                                       s/ Philip P. Simon
                                         CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT